# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2515

_____

United States of America,                    *
                                             *
            Appellee,                        *
                                             *    Appeal from the United States
      v.                                     *    District Court for the Eastern
                                             *    District of Arkansas.
Latoya Rose Hourston,                        *
                                             *          [UNPUBLISHED]
            Appellant.                       *

_____

Submitted: April 30, 2004
     Filed: June 10, 2005

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

The Supreme Court of the United States granted certiorari in this case, vacated our judgment, and remanded the case to us for reconsideration in light of *United States v. Booker*, 125 S. Ct. 738 (2005). *See Hourston v. United States*, 125 S. Ct. 989 (2005), *granting cert. and vacating the judgment in United States v. Hourston*, No. 03-2515, 2004 WL 960034 (8th Cir. May 5, 2004) (unpublished per curiam). In *Booker*, 125 S. Ct. at 749-51, the Court held that sentence enhancements based solely on facts found by a court under mandatory federal sentencing guidelines violate the sixth amendment, which the Court then remedied by making the sentencing guidelines advisory rather than mandatory, *id.* at 764.

We have examined the relevant record and conclude that the defendant, Latoya Hourston, did not preserve a *Booker* issue, and that she is not entitled to plain-error relief because she cannot show that her substantial rights were affected, *see United States v. Pirani*, 406 F.3d 543, 550-53 (8th Cir. 2005) (en banc).  We therefore conclude that *Booker* did not affect our previous opinion in this case.  Accordingly we reinstate our prior opinion and again affirm the sentence imposed by the district court.[1]

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.